**Fill in this information to identify the case:**

Debtor name: **Bush Group, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 2:24-bk-13417

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**
Bujar Kokona
710 Hillborn Ave
Swarthmore, PA 19081

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$23,390.00**

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: **Contract**
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**
Chase
P.O Box 15298
Wilmington, DE 19850

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$117,180.53**

Date(s) debt was incurred _
Last 4 digits of account number **0137**
Basis for the claim: **Money Loaned**
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**
City of Philadelphia
Parking Violations Branch
P.O. Box 41818
Philadelphia, PA 19101

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$212.00**

Date(s) debt was incurred _
Last 4 digits of account number **4394**
Basis for the claim: **Parking Tickets**
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**
Erica Salvi
1901 Walnut Street Apt. 8D
Philadelphia, PA 19103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Amount: **$160,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: **Contract**
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5**   **Nonpriority creditor's name and mailing address**
H&E Equipment Services, Inc.
2500 Wheatsheaf Ln
Philadelphia, PA 19137

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$3,572.43**

Date(s) debt was incurred _
Last 4 digits of account number **1345**
Basis for the claim: **Contract**
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | **Bush Group, Inc.** | Case number (if known) | **2:24-bk-13417** |
|---|---|---|---|
| | Name | | |

---

**3.6** **Nonpriority creditor's name and mailing address**
**James Weese**
**2044 Pine Street**
**Philadelphia, PA 19103**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Contract**
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
**Jeffrey Browne**
**301 Maple Street**
**Glenside, PA 19038**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Contract**
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
**Madison Alpern**
**848 Thomas Road**
**Lafayette Hill, PA 19444**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**$293,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Contract**
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
**Penn Community Bank**
**219 S Ninth St**
**Perkasie, PA 18944**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$700.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Deposit Account Deficiency**
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
**Piacere Properties**
**18 West Queen Lane**
**Philadelphia, PA 19144**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**$328,775.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Contract**
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**Ray Garcia**
**837 S 3rd Street**
**Philadelphia, PA 19147**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$46,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Contract**
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Seth Vatsky**
**726 S 11th Street**
**Philadelphia, PA 19147**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19,147.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Contract**
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**TDK Enterprises, Inc.**
**9 Florence Ave**
**Penns Grove, NJ 08069**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,000.00**

Date(s) debt was incurred _
Last 4 digits of account number **7889**

**Basis for the claim:** **Services Performed**
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | **Bush Group, Inc.** | Case number (if known) | **2:24-bk-13417** |
|---|---|---|---|
| | Name | | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**The Sherwin Williams Co.**<br>**101 West Prospect Ave**<br>**Cleveland, OH 44115** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,544.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Goods Sold** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,326.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Money Loaned** | |
| | Last 4 digits of account number **4094** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,943.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Money Loaned** | |
| | Last 4 digits of account number **4102** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$165.36** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Deposit Account Deficiency** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,932.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Money Loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Amato and Keating, P.C.**<br>**107 North Commerce Way, Suite 100**<br>**Bethlehem, PA 18017** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Anthony Salvi**<br>**1901 Walnut Street Apt. 8D**<br>**Philadelphia, PA 19103** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Barbara Weese**<br>**2044 Pine Street**<br>**Philadelphia, PA 19103** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

Debtor   **Bush Group, Inc.**                                          Case number (if known)    **2:24-bk-13417**
         Name

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.4 | **CST Co.**<br>**2007 Lake Point Way**<br>**Louisville, KY 40223** | Line **3.14**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 1,109,887.32 |
| **5c. Total of Parts 1 and 2**<br>       Lines 5a + 5b = 5c. | 5c.  $ | 1,109,887.32 |