## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bush Group, Inc., <br><br> *Debtor*. | Case No. 24-13417-amc <br> Chapter 7 |

## Certificate of Service

I certify that on this date I served a copy of the Notice of Chapter 7 Bankruptcy Case (ECF No. 5) on the following parties by first class mail, postage prepaid:

    Bujar Kokona
    710 Hillborn Ave
    Swarthmore, PA 19081

Date: October 24, 2024            /s/ Brad J. Sadek, Esq.
                                            Brad J. Sadek, Esq.
                                            Sadek Law Offices, LLC
                                            1500 JFK Boulevard, Suite 220
                                            Philadelphia, PA 19102
                                            215-545-0008
                                            brad@sadeklaw.com