**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RE: BUSH GROUP, INC. | : | |
| | : | Bankruptcy No. 24-13417 AMC |
| Debtor | : | |
| | : | CHAPTER 7 |

## PRAECIPE TO WITHDRAW THE REPORT OF NO DISTRIBUTION REPORT DATED DECEMBER 11, 2024

TO THE CLERK:

Kindly withdraw Trustee's Docket Entry dated December 11, 2024, Report of No Distribution, as it was filed in error.


Date: December 12, 2024         _/s/ Lynn E. Feldman_
                                Lynn E. Feldman, Esq.
                                Chapter 7 Trustee
                                Attorney ID No.35996
                                2310 Walbert Ave.
                                Allentown, PA 18104
                                (610) 530-9285